JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, a corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>CCN FRAMING, INC. a California corporation; BALDOMERO MURILLO ESQUIVEL, an individual,<br><br>            Defendants. | Case No.: CV 24-10887 DMG (Ex)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [27]** |

1

1241776.1

Pursuant to the Stipulation for Dismissal of Action with Prejudice entered into by Plaintiff Century Surety Company and Defendant CCN Framing Inc., and good cause appearing.

IT IS HEREBY ORDERED that:

1.  The above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.  Each party shall bear its own attorneys' fees and costs.

3.  This dismissal resolves all claims asserted in this action.

4.  All dates and deadlines are VACATED.

DATED:  February 4, 2026

_____

DOLLY M. GEE
Chief United States District Judge

2

1241776.1